```
SEAN NALTY, ESQ. (SBN 121253)
Email: Sean.Nalty@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Real Party In Interest
LIFE INSURANCE COMPANY OF
NORTH AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DUNCANSON,<br><br>              Plaintiff,<br><br>     v.<br><br>ROYAL & SUNALLIANCE GROUP LIFE INSURANCE POLICY,<br><br>              Defendant,<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>              Real Party In Interest. | Case No.:   3:10-cv-02898-BZ<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER THEREON**<br><br>Honorable Bernard Zimmerman<br><br>Action Filed  :   June 30, 2010 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between plaintiff Debra Duncanson ("Plaintiff") and Royal & Sunalliance Group Life Insurance Policy and Life Insurance Company of North America (LINA), (referred hereinafter as "Defendants"), through their attorneys of record, as follows:

1.  Defendant Life Insurance Company of North America was served with the Summons and Complaint on or about July 6, 2010, and LINA's response to the Complaint currently is due on or before July 23, 2010;

---

1

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**
USDC NDCA Case # 10-cv-02892-BZ
564680.1

1    2.   Plaintiff and LINA have agreed that LINA may have an extension to and including
2 August 6, 2010 to answer or otherwise respond to the Complaint; and
3    3.   This extension of time to respond to the Complaint does not exceed thirty (30) days,
4 and no previous stipulation to extend the time to answer or otherwise respond to the Complaint has
5 been filed in this action.

Date: July 23, 2010                    WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP


                            By:   /s/ SEAN P. NALTY
                                  SEAN P. NALTY
                                  Attorneys for Real Party In Interest
                                  LIFE INSURANCE COMPANY
                                  OF NORTH AMERICA


Date: July 23, 2010                    LAW OFFICES OF LAURENCE F. PADWAY


                            By:   /s/ LAURENCE F. PADWAY
                                  LAURENCE F. PADWAY
                                  Attorney for Plaintiff
                                  DEBRA DUNCANSON


**ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Date: 26 July 2010    By: _____
                          HONORABLE BERNARD ZIMMERMAN
                          UNITED STATES MAGISTRATE JUDGE

---

2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON
USDC NDCA Case # 10-cv-02892-BZ
564680.1