1    SEAN NALTY  (SBN 121253)
     Email:  Sean.Nalty@wilsonelser.com
2    SHIVANI NANDA  (SBN 253891)
     Email:  Shivani.Nanda@wilsonelser.com
3    WILSON, ELSER, MOSKOWITZ,
         EDELMAN & DICKER LLP
4    525 Market Street, 17th Floor
     San Francisco, CA 94105
5    Telephone:     (415) 433-0990
     Facsimile:     (415) 434-1370
6
7    Attorneys for Real Party In Interest
     LIFE INSURANCE COMPANY OF
     NORTH AMERICA
8

9                    UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12   DEBRA DUNCANSON,                    Case No.:      3:10-cv-02898-BZ

13              Plaintiff,               SECOND STIPULATION TO EXTEND
                                         TIME TO ANSWER OR OTHERWISE
14        v.                             RESPOND TO COMPLAINT;
                                         [PROPOSED] ORDER THEREON
15   ROYAL & SUNALLIANCE GROUP LIFE
     INSURANCE POLICY,                   Honorable Bernard Zimmerman
16
                Defendant,               Action Filed    :       June 30, 2010
17
     ─────────────────────────────
     LIFE INSURANCE COMPANY OF NORTH
18   AMERICA,

19              Real Party In Interest.

20

21        IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2, by and between plaintiff

22   Debra Duncanson ("Plaintiff") and Life Insurance Company of North America (LINA), through

23   their attorneys of record, as follows:

24        1.    LINA was served with the Summons and Complaint on or about July 6, 2010.  LINA's

25   response to the Complaint was originally due on or before July 23, 2010;

26

27

28

─────────────────────────────────────────────
                                  1
         SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE
             RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON

2.      On July 23, 2010 Plaintiff and LINA filed a stiulation agreeing that LINA may have an extension to and including August 6, 2010, to answer or otherwise respond to the Complaint.  On July 26, 2010, the Court filed an order granting the requst;

3.      Plaintiff and LINA have agreed that LINA may have a second extension to and including August 20, 2010, to answer or otherwise respond to the Complaint;and

4.      This extension of time to respond to the Complaint does not exceed thirty (30) days.


Date: August 4, 2010                        WILSON, ELSER, MOSKOWITZ,
                                                           EDELMAN & DICKER LLP



                                                By:____/s/ SHIVANI NANDA_____
                                                            SEAN P. NALTY
                                                            SHIVANI NANDA
                                                            Attorneys for Real Party In Interest
                                                            LIFE INSURANCE COMPANY
                                                            OF NORTH AMERICA



Date: August 4, 2010                        LAW OFFICES OF LAURENCE F. PADWAY



                                                By:_____/s/ LAURENCE F. PADWAY_____
                                                            LAURENCE F. PADWAY
                                                            Attorney for Plaintiff
                                                            DEBRA DUNCANSON


                                              **ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED.**


Date:___August 5, 2010_____          By:_____
                                                            HONORABLE BERNARD ZIMMERMAN
                                                            UNITED STATES MAGISTRATE JUDGE

**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**

USDC NDCA Case # 10-cv-02892-BZ
568854.1