1  SEAN NALTY (SBN 121253)
   Email: Sean.Nalty@wilsonelser.com
2  SHIVANI NANDA (SBN 253891)
   Email: Shivani.Nanda@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105
5  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
6
   Attorneys for Real Party In Interest
7  LIFE INSURANCE COMPANY OF
   NORTH AMERICA
8

9                        UNITED STATES DISTRICT COURT
10                       NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  DEBRA DUNCANSON, | Case No.:   3:10-cv-02898-BZ |
| 13         Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON** |
| 14    v. | |
| 15  ROYAL & SUNALLIANCE GROUP LIFE INSURANCE POLICY, | Honorable Bernard Zimmerman |
| 16         Defendant, | Action Filed  :    June 30, 2010 |
| 17  LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| 18 | |
| 19         Real Party In Interest. | |

20

21     **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between plaintiff

22  Debra Duncanson ("Plaintiff") and Life Insurance Company of North America (LINA), through

23  their attorneys of record, as follows:

24     1.    LINA was served with the Summons and Complaint on or about July 6, 2010. LINA's

25  response to the Complaint was originally due on or before July 23, 2010;

26     2.    On July 23, 2010 Plaintiff and LINA filed a stiulation agreeing that LINA may have

27  an extension to and including August 6, 2010, to answer or otherwise respond to the Complaint. On

28

---

1

**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**

USDC NDCA Case # 10-cv-02892-BZ
575253.1

1  July 26, 2010, the Court filed an order granting the request;

2      3.    On August 4, 2010, Plaintiff and LINA filed a second stiulation agreeing that LINA
3  may have an extension to and including August 20, 2010, to answer or otherwise respond to the
4  Complaint, which the Court granted the next day;

5      4.    Plaintiff and LINA are currently engaging in settlement discussions in an attempt to
6  resolve this matter informally. Thus, Plaintiff and LINA have agreed that LINA may have a third
7  extension to and including September 10, 2010, to answer or otherwise respond to the
8  Complaint;and

9      5.    This requested time modification will not alter the date of any event or any deadline
10 already fixed by Court order.

11 Date: August 20, 2010               WILSON, ELSER, MOSKOWITZ,
12                                    EDELMAN & DICKER LLP

13
14 By: /s/ SHIVANI NANDA
                         SEAN P. NALTY
15                          SHIVANI NANDA
                         Attorneys for Real Party In Interest
16                          LIFE INSURANCE COMPANY
                         OF NORTH AMERICA

17

18 Date: August 20, 2010               LAW OFFICES OF LAURENCE F. PADWAY

19
20 By: /s/ LAURENCE F. PADWAY
                         LAURENCE F. PADWAY
21                          Attorney for Plaintiff
                         DEBRA DUNCANSON
22

23
                                   **ORDER**
24
25 **PURSUANT TO STIPULATION IT IS SO ORDERED.**

26 Date: 30 Aug 2010                By: [signature]
27                          HONORABLE BERNARD ZIMMERMAN
                         UNITED STATES MAGISTRATE JUDGE
28