1  Laurence F. Padway, (SBN:89314)
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510)814-0680
   Facsimile : (510)814-0650
4
   Attorneys for Plaintiff
5         DEBRA DUNCANSON

6  Sean Nalty (SBN:121253)
   Shivani Nanda, Esq. (SBN: 253891)
7  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
8  525 Market Street, 17th Floor
   San Francisco, California 94105
9  Tel: (415) 433-0990 / Fax: (415) 434-1370

10 Attorneys for defendant ROYAL &
   SUNALLIANCE GROUP LIFE INSURANCE
11 POLICY and real party in interest LIFE
   INSURANCE COMPANY OF NORTH AMERICA
12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 DEBRA DUNCANSON,                      No. C 10-02898 JSW

17                                       **STIPULATION AND [PROPOSED]**
            Plaintiff,                   **ORDER FOR LEAVE TO FILE MOTION**
18     vs.                               **TO ALLOW DISCOVERY**

19 ROYAL & SUNALLIANCE
   GROUP LIFE INSURANCE
20 POLICY,

21          Defendant.
   _____/
22                                       **Hon. Jeffrey S. White**
   LIFE INSURANCE COMPANY OF
23 NORTH AMERICA,

24          Real Party In Interest

25 _____/

26      WHEREAS, Plaintiff was unable to file her motion to allow discovery in this action by

27 January 14, 2011, because Plaintiff's counsel was addressing an urgent medical issue that has

28 required him to undergo surgery;

Stip for Leave to File Mtn to Allow Discovery          1                    C 10-02898 JSW

IT IS HEREBY STIPULATED by and between Plaintiff Debra Duncanson and Defendant Life Insurance Company of North America that Plaintiff shall have leave until February 11, 2011, to file her Motion to Allow Discovery with this Court.

IT IS SO STIPULATED.

DATED: January 27, 2011                /s/ Laurence F. Padway
                                       _____
                                       Laurence F. Padway
                                       Law Offices of Laurence F. Padway
                                       Attorneys for plaintiff


DATED: January 27, 2011                /s/ Sean P. Nalty
                                       _____
                                       Sean P. Nalty
                                       Wilson, Elser, Moskowitz, Edelman &
                                           Dicker, LLP
                                       Attorneys for Defendant Life Insurance
                                       Company of North America


**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: January 28, 2011                /s/ Jeffrey S. White
                                       _____
                                       Hon. Jeffrey S. White
                                       Judge of the United States District Court
                                       Northern District

Stip for Leave to File Mtn to Allow Discovery        2                        C 10-02898 JSW