1  Laurence F. Padway, (SBN:89314)
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:  (510)814-0680
   Facsimile : (510)814-0650
4
   Attorneys for Plaintiff
5       DEBRA DUNCANSON

6  Sean Nalty (SBN:121253)
   Shivani Nanda, Esq. (SBN: 253891)
7  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
8  525 Market Street, 17th Floor
   San Francisco, California 94105
9  Tel: (415) 433-0990 / Fax: (415) 434-1370

10 Attorneys for defendant ROYAL &
   SUNALLIANCE GROUP LIFE INSURANCE
11 POLICY and real party in interest LIFE
   INSURANCE COMPANY OF NORTH AMERICA
12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 DEBRA DUNCANSON,                           No. C 10-02898 JSW

17                                            **STIPULATION AND [PROPOSED]**
            Plaintiff,                        **ORDER TO CONTINUE DEADLINE**
18     vs.                                    **FOR PLAINTIFF'S OPENING BRIEF RE**
                                              **CROSS-MOTIONS FOR SUMMARY**
19 ROYAL &  SUNALLIANCE                       **JUDGMENT**
   GROUP LIFE INSURANCE
20 POLICY,

21          Defendant.
                                    /
22                                            **Hon. Jeffrey S. White**
   LIFE INSURANCE COMPANY OF
23 NORTH AMERICA,

24          Real Party In Interest

25                                  /

26      WHEREAS, Plaintiff's opening brief is due on April 29, 2011; and

27

28      Whereas, plaintiff recently received the transcript of the deposition of Dr. Stephen Dell, and

Stip Re Plts Opening Brief re X-MSJ          1              C 10-02898 JSW

the brief is taking somewhat longer to prepare than anticipated;

Now, therefore, the parties stipulate that Plaintiff may file her opening brief on May 2, 1011.

All other deadlines and the July 1, 2011 hearing date will remain unchanged.

IT IS SO STIPULATED.

DATED: April 29, 2011                    /s/ Laurence F. Padway
_____
Laurence F. Padway
Law Offices of Laurence F. Padway
Attorneys for plaintiff

DATED: April 29, 2011                    /s/ Sean P. Nalty
_____
Sean P. Nalty
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attorneys for Defendant Life Insurance Company of North America

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: May 2, 2011                       _____
Hon. Jeffrey S. White
Judge of the United States District Court
Northern District