1  SEAN NALTY, ESQ. (SBN 121253)
   Email: Sean.Nalty@wilsonelser.com
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Real Party In Interest
6  LIFE INSURANCE COMPANY OF
   NORTH AMERICA
7
   Laurence F. Padway, (SBN:89314)
8  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
9  Alameda, California 94501
   Telephone: (510)814-0680
10 Facsimile : (510)814-0650
11
   Attorneys for Plaintiff
12

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15

16 DEBRA DUNCANSON,                    Case No.:   3:10-cv-02898-JSW

17         Plaintiff,                  STIPULATION TO CONTINUE
                                       DEFENDANTS' DATE TO FILE MOTION
18     v.                              FOR SUMMARY JUDGMENT AND CROSS
                                       MOTION AND REPLY DATE; ~~PROPOSED~~
19 ROYAL & SUNALLIANCE GROUP LIFE      ORDER
   INSURANCE POLICY,
20                                     Honorable Jeffrey S. White
           Defendant,
21                                     Action Filed  :   June 30, 2010
   LIFE INSURANCE COMPANY OF NORTH
22 AMERICA,

23         Real Party In Interest.

24
           The parties in this matter stipulated that plaintiff could extend the time for filing her motion
25
   for summary judgment from April 29, 2011 to May 2, 2011 because plaintiff recently received the
26
   transcript of the deposition of Dr. Stephen Dell and the brief is taking somewhat longer to prepare
27
   than anticipated. Defendants received plaintiff's motion late in the day on May 2, 2011.
28

---

1

Defendant's opening brief and opposition to plaintiff's motion for summary judgment is set to be filed on May 13, 2011. However, like plaintiff, the briefs are taking longer than expected.

Accordingly, the parties through their counsel of record hereby stipulate that Defendant Royal & Sunalliance Group Insurance Plan and Real Party in Interest Life Insurance Company of North America have until Monday May 16, 2011 to file their opposition to plaintiff motion for summary judgment and their cross motion for summary judgment. All reply briefs will be file on or before May 23, 2011.

All other deadlines and the July 1, 2011 hearing date will remain unchanged.

IT IS SO STIPULATED.

DATED: April 29, 2011        /s/
                    Laurence F. Padway
                    Law Offices of Laurence F. Padway
                    Attorneys for plaintiff


DATED: April 29, 2011        /s/

                    Sean P. Nalty
                    Wilson, Elser, Moskowitz, Edelman &
                    Dicker, LLP
                    Attorneys for Defendants & Real Party in Interest

## ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: May 12, 2011

Hon. Jeffrey S. White
Judge of the United States District Court

USDC NDCA Case # 10-cv-02892-JSW
567495.1