IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DUNCANSON, | No. C 10-02898 JSW |
| Plaintiff, | |
| v. | |
| ROYAL & SUNALLIANCE, | **ORDER RE DEFENDANT'S BRIEF ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| Defendant, | |
| _____/ | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Real Party In Interest. | |
| _____/ | |

Following the case management conference held on December 17, 2010, the Court ordered a briefing schedule on the parties' cross-motions for summary judgment whereby Defendant's opposition to Plaintiff's motion would be consolidated in the opening brief on Defendant's motion, such that the cross-motions would be submitted on four, rather than six, briefs.  (Doc. no. 21.)

Defendant filed a brief in opposition to Plaintiff's motion for summary judgment (doc. no. 38) separate from its opening brief in support of its cross-motion for summary judgment (doc. no. 41.)  Defendant is hereby ORDERED to file a consolidated brief in support of its opposition to Plaintiff's motion and in support of its own cross-motion by May 20, 2011. Defendant is not required to re-file its supporting papers and may refer to the existing administrative record (doc. no. 42) and supporting declaration (doc. no. 43).

The date by which Plaintiff must file her brief in support of her reply to Defendant's opposition and in opposition to Defendant's cross-motion is hereby continued to June 3, 2011. Defendant's reply brief in support of its own motion for summary judgment remains due on June 10, 2011.

The hearing on the cross-motions for summary judgment remains set for July 1, 2011.

**IT IS SO ORDERED.**

Dated: May 17, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE