IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DUNCANSON,<br><br>    Plaintiff,<br><br>v.<br><br>ROYAL & SUNALLIANCE,<br><br>    Defendant,<br>_____/<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Real Party In Interest.<br>_____/ | No. C 10-02898 JSW<br><br>**ORDER SETTING BENCH TRIAL** |

The Court has received the parties' response regarding the bench trial. The Court HEREBY SETS the bench trial in this matter for September 23, 2011 at 10:00 a.m. If the Court finds that live testimony by Dr. Dell is necessary to conduct a *de novo* review, the Court will give the parties notice in advance of the trial date. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the trial date.

**IT IS SO ORDERED.**

Dated: July 25, 2011

                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE