IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DUNCANSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ROYAL & SUNALLIANCE,<br><br>    Defendant,<br>_____/<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Real Party In Interest.<br>_____/ | No. C 10-02898 JSW<br><br>**ORDER VACATING HEARING** |

The Court finds that the bench trial may be adjudicated without live testimony or oral argument. The Court finds that it is not necessary to hear the live testimony by Dr. Dell to conduct an adequate *de novo* review. *See Opeta v. Northwest Airlines Pension Plan*, 484 F.3d 1211, 1217 (9th Cir. 2007) ("[T]he district court should exercise its discretion to consider evidence outside of the administrative record *only* when circumstances *clearly establish* that additional evidence is *necessary* to conduct an adequate de novo review of the benefit decision.") Accordingly, the hearing on the bench trial scheduled on September 23, 2011, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 21, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE