SEAN NALTY, ESQ. (SBN 121253)
Email: Sean.Nalty@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Real Party In Interest
LIFE INSURANCE COMPANY OF
NORTH AMERICA

Laurence F. Padway, (SBN:89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DUNCANSON,<br><br>          Plaintiff,<br><br>     v.<br><br>ROYAL & SUNALLIANCE GROUP LIFE INSURANCE POLICY,<br><br>          Defendant,<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Real Party In Interest. | Case No.:   3:10-cv-02898-JSW<br><br>STIPULATION OF THE PARTIES RE APPROPRIATE REMEDIES UNDER THE COURT'S ORDER OF NOVEMBER 29, 2011 **AND ORDER THEREON**<br>Honorable Jeffrey S. White<br><br>Action Filed   :   June 30, 2010 |

On November 29, 2011, the Court issued an order in this matter ("the Order") which, among other things, requested that the parties to this action submit a stipulation concerning the remedies to which plaintiff Debra Duncanson ("plaintiff") is entitled as a result of the Order. Pursuant to this request, plaintiff, defendant Royal & Sunalliance Group Life Insurance Policy, and Real Party in

Interest Life Insurance Company of North America ("defendants")(collectively "the Parties") hereby stipulate to the following:

1. (a) That pursuant to the Order dated November 29, 2011, plaintff shall be reinstated under the Waiver of Premium coverage with continuing authority by Life Insurance Company of North America to administer and adjudicate her disability status on an ongoing basis; and (b) The individual conversion policy ("conversion policy") issued to Ms. Duncanson is rescinded and the premium paid by Ms. Duncanson under the conversion policy shall be refunded.

2. The parties still are in the process of trying to resolve the following issues: (a) The amount to be paid to plaintiff's attorney, if any, in attorney's fees and costs; (b) Plaintiff's entitlement to interest on the premium she paid on the conversion policy. The Parties want additional time to try to resolve these issues. If these issues are not resolved, plaintiff will file a motion with the Court addressing these issues by December 29, 2011, defendants will file an opposition three weeks after the date of service of plaintiff's motion, and plaintiff's reply will be filed two weeks after defendants' opposition is served on her. The matter can be set for hearing at a date and time convienant for the Court.

IT IS SO STIPULATED.


DATED: December 7, 2011 /s/ Laurence F. Padway_____
                                     Laurence F. Padway
                                     Law Offices of Laurence F. Padway
                                     Attorneys for plaintiff


DATED: December 7, 2011 /s/\_\_ Sean P. Nalty_____

                                     Sean P. Nalty
                                     Wilson, Elser, Moskowitz, Edelman &
                                     Dicker, LLP
                                     Attorneys for Defendants & Real Party in Interest

USDC NDCA Case # 10-cv-02892-JSW
801940

**ORDER**

PURSUAN T TO STIPULATION IT IS SO ORDERED. **If Plaintiff files such a motion, she must notice the hearing date for at least two weeks after the reply brief is filed.**

Dated: December 9, 2011

*/s/ Jeffrey S. White*

Hon. Jeffrey S. White
Judge of the United States District Court