| | |
|---|---|
| 1 | SEAN NALTY, ESQ.  (SBN 121253) |
| | Email: Sean.Nalty@wilsonelser.com |
| 2 | WILSON, ELSER, MOSKOWITZ, |
| |     EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |

SEAN NALTY, ESQ.  (SBN 121253)
Email: Sean.Nalty@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Real Party In Interest
LIFE INSURANCE COMPANY OF
NORTH AMERICA

Laurence F. Padway, (SBN:89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DUNCANSON,<br><br>         Plaintiff,<br><br>     v.<br><br>ROYAL & SUNALLIANCE GROUP LIFE INSURANCE POLICY,<br><br>         Defendant,<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>         Real Party In Interest. | Case No.:      3:10-cv-02898-JSW<br><br>STIPULATION OF THE PARTIES TO CONTINUE THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION RE ATTORNEYS' FEES AND COSTS AND PLAINTIFF'S ENTITLEMENT TO INTEREST ON THE PREMIUM PAID AND [PROPOSED] ORDER<br><br>Honorable Jeffrey S. White<br><br>Action Filed   :        June 30, 2010 |

    WHEREAS, Plaintiff's Motion re Attorneys' Fees and Costs and Plaintiff's Entitlement to Interest on the Premium Paid is due on December 29, 2011; and

---

1

USDC NDCA Case # 10-cv-02892-JSW
801940

Whereas, due to the holidays and the illness of plaintiff's counsel, plaintiff has been unable to prepare the motion;

Now, therefore, the parties stipulate that plaintiff may file her motion on January 19, 2012, defendants will file an opposition three weeks after the date of service of plaintiff's motion, and plaintiff's reply will be filed two weeks after defendants' opposition is served on her.  Plaintiff will notice the motion for at least two weeks after the reply brief is filed.

IT IS SO STIPULATED.

DATED: December 27, 2011        /s/  Laurence F. Padway_____
                                Laurence F. Padway
                                Law Offices of Laurence F. Padway
                                Attorneys for plaintiff

DATED: December 27, 2011        /s/   Sean P. Nalty                 _____

                                Sean P. Nalty
                                Wilson, Elser, Moskowitz, Edelman &
                                Dicker, LLP
                                Attorneys for Defendants & Real Party in Interest

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated:  January 3, 2012              _____
                                     Hon. Jeffrey S. White
                                     Judge of the United States District Court

USDC NDCA Case # 10-cv-02892-JSW
801940