|     |                                                                 |
|-----|-----------------------------------------------------------------|
| 1   | SEAN NALTY, ESQ. (SBN 121253)                                   |
|     | Email: Sean.Nalty@wilsonelser.com                               |
| 2   | WILSON, ELSER, MOSKOWITZ,                                       |
|     |     EDELMAN & DICKER LLP                                        |
| 3   | 525 Market Street, 17th Floor                                   |
|     | San Francisco, CA 94105                                         |
| 4   | Telephone:    (415) 433-0990                                    |
|     | Facsimile:    (415) 434-1370                                    |
| 5   |                                                                 |
| 6   | Attorneys for Real Party In Interest                            |
|     | LIFE INSURANCE COMPANY OF NORTH AMERICA                         |
| 7   |                                                                 |
| 8   | Laurence F. Padway, (SBN:89314)                                 |
|     | Law Offices of Laurence F. Padway                               |
| 9   | 1516 Oak Street, Suite 109                                      |
|     | Alameda, California 94501                                       |
| 10  | Telephone: (510)814-0680                                        |
|     | Facsimile : (510)814-0650                                       |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBRA DUNCANSON,                                | Case No.:     3:10-cv-02898-JSW                                                                                                                                                                                                                    |
|-------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                Plaintiff,                       | STIPULATION OF THE PARTIES TO CONTINUE THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION RE ATTORNEYS' FEES AND COSTS AND PLAINTIFF'S ENTITLEMENT TO INTEREST ON THE PREMIUM PAID AND [PROPOSED] ORDER |
|           v.                                    |                                                                                                                                                                                                                                                    |
| ROYAL & SUNALLIANCE GROUP LIFE INSURANCE POLICY,|                                                                                                                                                                                                                                                    |
|                Defendant,                       |                                                                                                                                                                                                                                                    |
|                                                 | Honorable Jeffrey S. White                                                                                                                                                                                                                         |
| LIFE INSURANCE COMPANY OF NORTH AMERICA,        | Action Filed   :     June 30, 2010                                                                                                                                                                                                                 |
|           Real Party In Interest.               |                                                                                                                                                                                                                                                    |

WHEREAS, Plaintiff's Motion re Attorneys' Fees and Costs and Plaintiff's Entitlement to Interest on the Premium Paid is due on December 29, 2011; and

---

1

USDC NDCA Case # 10-cv-02892-JSW
801940

Whereas, due to the holidays and the illness of plaintiff's counsel, plaintiff has been unable to prepare the motion;

Now, therefore, the parties stipulate that plaintiff may file her motion on January 19, 2012, defendants will file an opposition three weeks after the date of service of plaintiff's motion, and plaintiff's reply will be filed two weeks after defendants' opposition is served on her. Plaintiff will notice the motion for at least two weeks after the reply brief is filed.

IT IS SO STIPULATED.

DATED: December 27, 2011  /s/ Laurence F. Padway
Laurence F. Padway
Law Offices of Laurence F. Padway
Attorneys for plaintiff

DATED: December 27, 2011  /s/ Sean P. Nalty

Sean P. Nalty
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attorneys for Defendants & Real Party in Interest

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: January 3, 2012

Hon. Jeffrey S. White
Judge of the United States District Court

2

USDC NDCA Case # 10-cv-02892-JSW
801940