1 | Laurence F. Padway, (SBN:89314)
  | Law Offices of Laurence F. Padway
2 | 1516 Oak Street, Suite 109
  | Alameda, California 94501
3 | Telephone: (510)814-0680
  | Facsimile : (510)814-0650
4 |
  | Attorneys for Plaintiff
5 |     DEBRA DUNCANSON

6 | Sean Nalty (SBN:121253)
  | Shivani Nanda, Esq. (SBN: 253891)
7 | WILSON, ELSER, MOSKOWITZ,
  |     EDELMAN & DICKER LLP
8 | 525 Market Street, 17th Floor
  | San Francisco, California 94105
9 | Tel: (415) 433-0990 / Fax: (415) 434-1370

10 | Attorneys for defendant ROYAL &
   | SUNALLIANCE GROUP LIFE INSURANCE
11 | POLICY and real party in interest LIFE
   | INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBRA DUNCANSON, | No. C 10-02898 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT** |
| vs. | |
| ROYAL & SUNALLIANCE GROUP LIFE INSURANCE POLICY, | |
| Defendant. _____/ | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Real Party In Interest _____/ | |

WHEREAS, by stipulation dated December 27, 2011, and order signed January 3, 2012, this Court extended the time for Plaintiff to file her motion for attorneys' fees and costs and her motion

for interest from December 29, 2011 to January 19, 2012; and,

WHEREAS, the parties have now reached agreement on all outstanding issues;

WHEREAS, the parties are in the process of drafting the required final documentation and are waiting for the arrival of the final checks, and

WHEREAS, the parties expect the paperwork to be complete and the checks paid within the next ten days,

NOW, THEREFORE, IT IS HEREBY STIPULATED that the Court extend the deadline for filing final motions in its order signed January 3, 2012 from January 19, 2012 until February 1, 2012.

DATED: January 19, 2012 /s/ Laurence F. Padway

Laurence F. Padway
Law Offices of Laurence F. Padway
Attorneys for plaintiff

DATED: January 19, 2012 /s/ Sean P. Nalty

Sean P. Nalty
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attorneys for Defendant Royal and Sun Alliance and Real Party in Interest Life Insurance Company of North America

## **ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: January 30, 2012

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
Judge of the United States District Court
Northern District