1  Laurence F. Padway, (SBN:89314)
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:  (510)814-0680
   Facsimile : (510)814-0650
4
   Attorneys for Plaintiff
5      DEBRA DUNCANSON

6  Sean Nalty (SBN:121253)
   Shivani Nanda, Esq. (SBN: 253891)
7  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
8  525 Market Street, 17th Floor
   San Francisco, California 94105
9  Tel: (415) 433-0990 / Fax: (415) 434-1370

10 Attorneys for defendant ROYAL &
   SUNALLIANCE GROUP LIFE INSURANCE
11 POLICY and real party in interest LIFE
   INSURANCE COMPANY OF NORTH AMERICA

12

13

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16
   DEBRA DUNCANSON,                    No. C 10-02898 JSW
17
                                       **STIPULATION AND [PROPOSED]**
18         Plaintiff,                  **ORDER FOR EXTENSION OF**
        vs.                            **TIME TO COMPLETE**
19                                     **SETTLEMENT**
   ROYAL &  SUNALLIANCE
20 GROUP LIFE INSURANCE
   POLICY,
21
           Defendant.
22 _____/

23 LIFE INSURANCE COMPANY OF
   NORTH AMERICA,
24
           Real Party In Interest
25
   _____/
26

27         WHEREAS, by stipulation dated December 27, 2011, and order signed January 3, 2012, this

28 Court extended the time for Plaintiff to file her motion for attorneys' fees and costs and her motion

   Stip for
   Extension of Time                    1                    C10-02898 JSW

1   for interest from December 29, 2011 to January 19, 2012;  and,

2

3           WHEREAS, the parties have now reached agreement on all outstanding issues;

4

5           WHEREAS, the parties are in the process of drafting the required final documentation and

6   are waiting for the arrival of the final checks, and

7

8           WHEREAS, the parties expect the paperwork to be complete and the checks paid within the

9   next ten days,

10

11           NOW, THEREFORE, IT IS HEREBY STIPULATED that the Court extend the deadline for

12   filing final motions  in its order signed January 3, 2012 from January 19, 2012 until February 1,

13   2012.

14

15   DATED: January 19, 2012                   /s/ Laurence F. Padway

16                                                   _____
                                                  Laurence F. Padway

17                                                   Law Offices of Laurence F. Padway
                                                  Attorneys for plaintiff

18

19
  DATED: January 19, 2012                   /s/ Sean P. Nalty

20                                                   _____
                                                  Sean P. Nalty

21                                                   Wilson, Elser, Moskowitz, Edelman &
                                                        Dicker, LLP

22                                                   Attorneys for Defendant Royal and Sun
                                                  Alliance and Real Party in Interest Life

23                                                   Insurance Company of North America

24

25

26

27

28

Stip for
Extension of Time                                     2                                         C10-02898 JSW

1

**ORDER**

2

PURSUANT TO STIPULATION IT IS SO ORDERED.

3

4

5   Dated: _____January 30, 2012_____

6   Hon. Jeffrey S. White
    Judge of the United States District Court

7   Northern District

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip for
Extension of Time                           3                    C10-02898 JSW