IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBRA DUNCANSON,

    Plaintiff,

v.

ROYAL & SUNALLIANCE,

    Defendant,
_____/

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Real Party In Interest.
_____/

No. C 10-02898 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On November 29, 2011, this Court issued its Findings of Fact and Conclusions of Law, and on December 9, 2011, the Court granted the parties' stipulation regarding remedies. On January 4, 2012, the Court granted the parties' stipulation to continue the briefing schedule on Plaintiff's motion for attorneys' fees and costs. On January 19, 2012, the Court granted the parties' stipulation for an extension of time to complete a settlement. There has been no further activity in this case since that time. Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court by no later than August 17, 2012, as to whether the parties have completed the settlement, and, if so, whether this matter may be fully and finally closed.

**IT IS SO ORDERED.**

Dated: July 31, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE