SEAN NALTY, ESQ.  (SBN 121253)
Email: Sean.Nalty@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Real Party In Interest
LIFE INSURANCE COMPANY OF
NORTH AMERICA

Laurence F. Padway, (SBN:89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DUNCANSON,<br><br>        Plaintiff,<br><br>     v.<br><br>ROYAL & SUNALLIANCE GROUP LIFE INSURANCE POLICY,<br><br>        Defendant,<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Real Party In Interest. | Case No.:       3:10-cv-02898-JSW<br><br>**JOINT STATUS REPORT**<br><br>Honorable Jeffrey S. White<br><br>Action Filed    :        June 30, 2010<br><br>**AND ORDER OF DISMISSAL** |

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff, Debra Duncanson, ("Plaintiff") and Defendant, Royal & SunAlliance ("Defendant"),

erroneously sued herein as Royal & SunAlliance Group Life Insurance Policy, and Real Party in

---

1

1    Interest, Life Insurance Company of North America ("LINA"), submit this Joint Report of Counsel in

2    accordance with the Court's Order of July 31, 2012.

3           Plaintiff Debra Duncanson has been placed on waiver of premium under the applicable

4    employee welfare benefit plan ("the Plan") consistent with the Court's order in this matter.  She also

5    has been refunded premium payments she made under an individual life insurance policy.  Her claim

6    for interest on the refunded premium payments has been paid.  Finally, her claim for attorney's fees

7    and cost has been settled between the parties with a payment of attorneys fees and costs to Mr.

8    Padway.

9           Accordingly, the parties hereby stipulate that this matter has been concluded as all of the

10   activities necessary to resolve all issues in this matter have been completed. This matter may be

11   dismissed with prejudice.

12

13   DATED:  August 9, 2012          /s/  Laurence F. Padway_____
                                     Laurence F. Padway
14                                   Law Offices of Laurence F. Padway
                                     Attorneys for plaintiff
15

16

17   DATED: August 9, 2012        /s/___Sean P. Nalty_____

18                                   Sean P. Nalty
                                     Wilson, Elser, Moskowitz, Edelman &
19                                   Dicker, LLP
                                     Attorneys for Defendants & Real Party in Interest
20
     Pursuant to the parties stipulation set forth herein, the Court DISMISSES this
21   case with prejudice.

22   August 10, 2012

23

24

25

26

27

28

---
2
---